IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CT-3090-BO

| | |
|---|---|
| RONALD VOREL,  Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| DR. SERGIO MERCADO,  Defendants. | ) ) ) |

Plaintiff, a federal inmate, filed this action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). He also filed a related case in Vorel v. Johns, et al., 5:10-CT-3005-FL. Now before the court is the government's motion to consolidate the above captioned case with the related case (D.E. # 19 and D.E. # 16 in the related case, 5:10-CT-3005-FL).

Federal Rule of Civil Procedure 42(a) provides: "If actions before the court involve a common question of law or fact, the court may ... consolidate the actions." The Fourth Circuit has held that a district court has "broad discretion under F.R.Civ.P. 42(a) to consolidate causes pending in the same district." A/S J. Ludwig Mowinckles Rederi v. Tidewater Constr. Corp., 559 F.2d 928, 933 (4th Cir. 1977).

Upon a careful review of both cases, the court finds that the actions present common questions of law and fact. As a result, the court grants the request to consolidate the cases. All future docket entries shall be docketed in the lead case, Vorel v. Mercado, No. 5:09-CT-3090-BO. Having so determined, the caption in the lead case shall reflect the addition of Dr. Coughlin, PA Tiffany Williams, and Jeanette Ortiz.

SO ORDERED, this the 10 day of November 2010.

                                            */s/ Terrence Boyle*
                                      TERRENCE W. BOYLE
                                      United States District Judge

2