IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RONALD J. VOREL,,
        Plaintiff,
  v.

DR. SERGIO MERCADO, P.A. JOSEPH RIVERO, DR. JAMES WINSTON, DR. MACK BONNER, DR. JOHN MEHANNA, DR. ABE ANDES, TRACY JOHNS, DONNA SAFFOLD, AMY JACOBS, KIM WHITE, HARLEY LAPPIN, DR. COUGHLIN, PA TIFFANY WILLIAMS and JEANETTE ORTIZ,
        Defendants.

Corrected
Judgment in a Civil Case

Case Number: 5:09-CT-3090-BO
                  5:10-CT-3005-BO
               (consolidated cases)

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendants Mercado, Rivero, Winston, Bonner, Mehanna, Andes, Johns, Jacobs, Lappin, Coughlin, Williams and Ortiz having been previously dismissed defendants' to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 17, 2012, with service on:
Ronald Vorel 956 Keystone Park Rd., Derry, PA 15627 (via U.S. Mail)
Seth Morgan Wood, Barry S. Cobb, John W. Minier, Kelly Street Brown and Elizabeth Pharr McCullough(via CM/ECF Notice of Electronic Filing)

August 17, 2012                                    /s/ Julie A. Richards
                                                        Clerk

Raleigh, North Carolina